IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jane Doe 301, on behalf of herself and her minor children, Jane Doe 302 and Jane Doe 303, | ) ) ) ) | Civil Action No. 2:19-cv-01661 BHH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Geanina Herndon and Timothy Herndon, | ) ) ) | |
| Defendants. | ) ) | |

Order to Release Audio Recordings

In response to a subpoena issued by the plaintiffs, the Sheriff of Beaufort County identified that it possessed audio recordings of telephone calls involving Timothy Herndon made from the Beaufort County Detention Center, where Mr. Herndon is confined awaiting trial.

The Sheriff has no objection to releasing the recordings to counsel for the plaintiffs, but believes that under state law it can do so only pursuant to a court order because the minor plaintiffs Jane Doe 302 and 303 are identified in the recordings.

IT IS HEREBY ORDERED that the Beaufort County Sheriff shall release to counsel for the plaintiffs the audio recordings in its possession that involve Timothy Herndon.

AND IT IS SO ORDERED.

                                                         s/ Bruce Howe Hendricks
                                                         Hon. Bruce H. Hendricks
                                                         United States District Court Judge

November 5, 2020
Charleston, South Carolina